1222

No. 87–6957.  SVEE v. DUNN COUNTY, WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 87–6963.  GRAVES v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 87–6965.  CONOVER v. PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 87–6985.  BUTLER v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 87–6992.  COMAS-BARRAZA v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 87–7000.  PROCTOR v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 87–7008.  MCGHEE v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 87–7010.  MILBURN v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 87–7014.  ALVARADO v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 87–7015.  KESSLER v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 87–7019.  ALI-KHAN v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 87–7021.  FARBER v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 87–7022.  MUZA v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 87–7029.  ROY v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 87–7037.  HEARN v. CITY OF HOUSTON.  C. A. 5th Cir. Certiorari denied.